[Nos. 9549–1–II; 10033–9–II.   Division Two.   October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL L. DODD, *Appellant.*

THE STATE OF WASHINGTON, *Appellant,* v. GERALD ANDREW NEFF, JR., *Respondent.*

Appeals from judgments of the Superior Courts for Thurston and Clark Counties, Nos. 85–1–00092–1, 86–1–00030–5, Daniel J. Berschauer and James D. Ladley, JJ., entered February 12 and June 10, 1986. Cause No. 9549–1–II *affirmed* and cause No. 10033–9–II *remanded* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 11152–7–II.   Division Two.   October 19, 1987.]

PAY LESS DRUG STORES NORTHWEST, INC., *Appellant,* v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85–2–00091–6, Richard A. Strophy, J., entered March 13, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10384–2–II.   Division Two.   October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD L. HANEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00401–7, James D. Ladley, J., entered September 30, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.